1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                        **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12  MICHAEL GREGORY HARRIS          )   NO. CV 12-5132 CW
                                    )
13                   Petitioner,    )
                                    )   JUDGMENT
14       v.                         )
                                    )
15  G.D. LEWIS, (Warden),           )
                                    )
16                   Respondent.    )
    _____)

17

18       **IT IS ADJUDGED** that the petition for writ of habeas corpus is

19  denied and the action dismissed with prejudice.

20

21  DATED: July 9, 2014

22                                      Carla M. Woehrle

23                                  _____

24                                      CARLA M. WOEHRLE
                                    United States Magistrate Judge

25

26

27

28

                                    1